IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GWENDOLYN JONES,

    Plaintiff,

vs.                               CASE NO.: 4:07cv344-SPM/WCS

HEALTHSOUTH OF TALLAHASSEE
LIMITED PARTNERSHIP d/b/a
HEALTHSOUTH REHABILITATION
HOSPITAL OF TALLAHASSEE,

    Defendant.
_____/

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Resolution (doc. 35) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice, with each side to bear its own fees and costs.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 1st day of July, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge